UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br>DAVID DARE,                  )<br>                             )<br>          Defendant.         )<br>                             )<br>                             )<br>_____) | 2:21-po-00474-KJN<br><br>ORDER TO DISMISS AND VACATE<br>INITIAL APPEARANCE<br><br><br>DATE:  December 14, 2021<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notice in Case Number 2:21-po-00474-KJN is GRANTED.

It is further ordered that the initial appearance scheduled on December 14, 2021, at 9:00 a.m., is vacated.

IT IS SO ORDERED.

Dated:  December 13, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE INITIAL APPEARANCE          1                    U.S. v. DAVID DARE